No. 90–971.   AVESTA AB ET AL. *v.* UNITED STATES ET AL. C. A. Fed. Cir.   Certiorari denied.

No. 90–972.   JONES ET AL. *v.* DERWINSKI, SECRETARY OF VETERANS AFFAIRS, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 90–978.   PERKINS *v.* GENERAL MOTORS CORPORATION OF AMERICA ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 90–983.   IRON WORKERS LOCAL 118, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari denied.

No. 90–987.   CHURCH OF SCIENTOLOGY OF CALIFORNIA *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 90–1002.   KASCHAK *v.* SUPERIOR COURT OF CALIFORNIA, KERN COUNTY.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 90–1006.   BERGER ET AL. *v.* EDGEWATER STEEL CO. C. A. 3d Cir.   Certiorari denied.

No. 90–1008.   CONNECTICUT OFFICE OF CONSUMER COUNSEL ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 90–1012.   WOODS *v.* FRANK, POSTMASTER GENERAL OF THE UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 90–1019.   IMCO, INC., ET AL. *v.* MORTON, COMMANDER, UNITED STATES DEFENSE CONTRACTS, ADMINISTRATION SERVICES MANAGEMENT AREA-BIRMINGHAM, ET AL.   C. A. 11th Cir. Certiorari denied.

No. 90–1020.   COUNTY OF WAYNE, MICHIGAN *v.* RUSHING. Sup. Ct. Mich.   Certiorari denied.